UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-20386-CIV-UNGARO/SIMONTON

TRACFONE WIRELESS, INC.,
a Delaware Corporation,

    Plaintiff,

v.

BLUE OCEAN'S DISTRIBUTING, LLC, an Idaho limited liability company d/b/a BLUE OCEAN'S DISTRIBUTORS; MIDWAY DISTRIBUTOR, LLC, an Idaho limited liability company d/b/a MIDWAY DISTRIBUTING; PETER BABICH a/k/a PIOTR BABICHENKO individually; TIM BABICHENKO, individually; PAVEL "PAUL" BABICHENKO, individually; NATALIE BABICHENKO, individually; JOHN DOES 1-50; and XYZ COMPANIES 1-50,

    Defendants.                    /

## JOINT MOTION TO DISMISS WITHOUT PREJUDICE

Plaintiff, TRACFONE WIRELESS, INC. ("TracFone"), and BLUE OCEAN'S DISTRIBUTING, LLC, an Idaho limited liability company d/b/a BLUE OCEAN'S DISTRIBUTORS, MIDWAY DISTRIBUTOR, LLC, an Idaho limited liability company d/b/a MIDWAY DISTRIBUTING, PETER BABICH a/k/a PIOTR BABICHENKO, individually, TIM BABICHENKO, individually, PAVEL "PAUL" BABICHENKO, individually, and NATALIE BABICHENKO, individually ("Defendants"), through their undersigned counsel, hereby notify the Court that they have resolved their dispute in arbitration, and jointly request that the case be without prejudice, with each party to bear its own fees and costs, and that the Court retain jurisdiction to enforce the terms of the parties' settlement.

16032213.9

Respectfully submitted, this 2nd day of April, 2010.

| GRAY ROBINSON, P.A. | CARLTON FIELDS, P.A. |
|---|---|
| By: _s/ Kevin P. Crosby_<br>Kevin P. Crosby (FL Bar # 654360)<br>Evan D. Appell (FL Bar # 58146)<br>401 East Las Olas Boulevard<br>Suite No. 1850<br>Fort Lauderdale, Florida  33301<br>Telephone No. (954) 761-8111<br>Facsimile No.  (954) 761-8112<br>Email:  kevin.crosby@gray-robinson.com<br>Email:  eappell@gray-robinson.com<br><br>*Attorneys for Defendants* | By: _s/ James B. Baldinger_<br>Steven J. Brodie (FL Bar # 333069)<br>Aaron S. Weiss (FL Bar # 48813)<br>100 Southeast  Second Street, Suite 4000<br>Miami, Florida  33131-9101<br>Telephone No. (305) 530-0050<br>Facsimile No.  (305) 530-0055<br>Email:  sbrodie@carltonfields.com<br>Email:  aweiss@carltonfields.com<br><br>James B. Baldinger (FL Bar # 869899)<br>525 Okeechobee Boulevard, Suite 1200<br>West Palm Beach, FL 33401-6350<br>Telephone No. (561) 650-8026<br>Facsimile No.  (561) 659-7368<br>Email:  jbaldinger@carltonfields.com<br><br>*Attorneys for TracFone Wireless, Inc.* |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served via electronic and U.S. Mail on this 2nd day of April, 2010 to: Kevin Crosby, Esquire, kevin.crosby@gray-robinson.com, Gray Robinson, P.A., 401 East Las Olas Boulevard, Suite No. 1850, Fort Lauderdale, Florida 33301.

By: _s/ James B. Baldinger_
     Attorney