UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 09-20386-CIV-UNGARO

TRACFONE WIRELESS, INC.,

    Plaintiff,

v.

BLUE OCEAN'S DISTRIBUTING, LLC, et al.,

    Defendants.

_____/

## ORDER OF DISMISSAL

THIS CAUSE came before the Court upon the parties' Joint Motion to Dismiss without Prejudice, filed April 2, 2010 (D.E. 38).

THE COURT has considered the Motion and the pertinent portions of the record and is otherwise fully advised in the premises.  The parties represent that they have resolved their dispute in arbitration.  Accordingly, it is hereby

ORDERED AND ADJUDGED that this case is DISMISSED WITHOUT PREJUDICE. Each party shall bear its own fees and costs.

DONE AND ORDERED in Chambers at Miami, Florida, this 1st day of April, 2010.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided:
counsel of record